

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 29, 2023

<u>Via CM/ECF</u>
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York



RE:   *Velazquez v. Archipelago, INC.*
      1:23-cv-01702-KPF

Dear Judge Polk Failla:

This law firm represents Plaintiff in the above-referenced matter. I write jointly with Defendant's counsel to respectfully request that the Initial Conference currently scheduled for May 31, 2023, be adjourned. With apologies to the Court, counsel for both parties were not able to meet the May 25 due date for our joint letter and proposed IPTC. It is our sincere intent to meet all future due dates set by the Court.

I further request that the Initial Conference not be adjourned to June 2, 2023, or the week of June 5, as I will be on medical leave during that time.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

Application GRANTED.  The initial pretrial conference currently scheduled for May 31, 2023 is hereby ADJOURNED to 11:00 a.m. on **June 27, 2023**.  The parties shall file their pretrial submissions on or before **June 22, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 12.

Dated:   May 30, 2023          SO ORDERED.
         New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE