UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ,

*on behalf of himself and all others similarly situated,*

                              Plaintiff,

                    -v.-

ARCHIPELAGO, INC.,

                              Defendant.

23 Civ. 1702 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On July 21, 2023, the Court was notified that mediation in this matter was unsuccessful.  (Dkt. #17).  Accordingly, the parties are **ORDERED** to attend a telephonic initial pretrial conference on **September 1, 2023**, at 10:30 a.m.  At the designated time, the parties shall call (888) 363-4749, and use access code 5123533.  The parties are ORDERED to submit a joint letter and proposed case management plan by **August 24, 2023**.

        SO ORDERED.

Dated:   July 24, 2023
         New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge