UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ, on behalf of himself
and all others similarly situated,

                                    Plaintiffs,

                -against-

ARCHIPELAGO, INC.,

                                    Defendant.

23-cv-1702 (AS)

NOTICE OF REASSIGNMENT

ARUN SUBRAMANIAN, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, by **September 5, 2023 at 5 p.m.**, the parties are hereby ORDERED to file on ECF a joint letter updating the Court on the status of the case. The joint letter shall not exceed two (2) pages and shall address: (1) the status of settlement discussions, and (2) whether the parties would benefit from a settlement conference before the assigned Magistrate Judge. If the case has not been settled, the Court will promptly schedule an Initial Pretrial Conference.

    SO ORDERED.

Dated: August 22, 2023
       New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge